


# OFFICE OF THE
# COMMONWEALTH'S ATTORNEY FOR HENRICO COUNTY

Shannon L. Taylor
Commonwealth's Attorney

December 9, 2015

RECEIVED
DEC 15 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

United States District Court
Eastern District of Virginia Clerk's Office
701 East Broad Street, Suite 2800
Richmond, Virginia 23219

    Re: **CHANEY, Ronald B.; DOB**

Dear Sir or Madam:

    According to our information, the above-named defendant was convicted in Federal Court of the following charge(s) listed below:

| *Arrest Case #* | *Arrest Date* | *Charge* |
|---|---|---|
| 635609040 | 3/2/1990 | unlawful poss. firearm |

    **Please send a Certified Disposition (actual sentencing order signed by the judge)** of the above-mentioned conviction(s) and sentencing order(s) in this case as soon as possible. Also, please send certified copies of any papers or Court Orders indicating whether the defendant had retained, appointed or waived counsel.

    If you have any questions, do not hesitate to call me at 804-501-7283. Thank you for your assistance in this matter.

Very truly yours,

Angela Williams
Secretary

ACA: Matt Ackley ~ January 13, 2016